1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulane Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BELKO YOVANOVICH

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. 1:10-cr-00187 OWW
                                    )
12        Plaintiff,                )   STIPULATION AND ORDER TO CONTINUE
                                    )   STATUS CONFERENCE HEARING
13   v.                             )
                                    )   DATE:  July 19, 2010
14 BELKO YOVANOVICH,                )   TIME:  9:00 A.M.
                                    )   JUDGE: Hon. Oliver W. Wanger
15        Defendant.                )
   _____  )
16

17        **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18 counsel that the status conference in the above-captioned matter now set for June 14, 2010, **may be**

19 **continued to July 19, 2010 at 9:00 A.M.**

20        This continuance is at the request of counsel for defendant to allow time for proper preparation

21 and to permit plea negotiations between the parties with the intention of conserving time and resources for

22 both parties and the court.  Defense has received the initial discovery and needs further time to review it.

23 Additionally, further discovery is currently being acquired by the government.

24        The parties agree that the delay resulting from the continuance shall be excluded in the interests

25 of justice, including but not limited to, the need for the period of time set forth herein for effective defense

26 preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

27 //

28 //

```
                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: June 9, 2010              By:      /s/ Elana S. Landau
                                          ELANA S. LANDAU
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: June 9, 2010              By:      /s/ Charles J. Lee
                                          CHARLES J. LEE
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          BELKO YOVANOVICH
```

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 10, 2010**               /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

Yovanovich
Stipulation and Order                2