1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulane Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BELKO YOVANOVICH

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. 1:10-cr-00187 OWW
                                      )
12 |        *Plaintiff,*              )   STIPULATION AND ORDER TO CONTINUE
                                      )   STATUS CONFERENCE HEARING
13 |    v.                            )
                                      )   DATE:   August 23, 2010
14 | BELKO YOVANOVICH,                )   TIME:   9:00 A.M.
                                      )   JUDGE:  Hon. Oliver W. Wanger
15 |        *Defendant.*              )
   |_____   )

16

17         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18 counsel that the status conference in the above-captioned matter now set for July 19, 2010, **may be**

19 **continued to August 23, 2010 at 9:00 A.M.**

20         This continuance is at the request of counsel for defendant to allow time for proper preparation

21 and to permit plea negotiations between the parties with the intention of conserving time and resources for

22 both parties and the court.  Defense has just received three additional CD/DVD's of discovery and needs

23 additional time to review the materials with client and complete some ongoing investigation.

24         The parties agree that the delay resulting from the continuance shall be excluded in the interests

25 of justice, including but not limited to, the need for the period of time set forth herein for effective defense

26 preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

27 //

28 //
                                                    BENJAMIN B. WAGNER

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | United States Attorney |
| 2 | DATED: July 14, 2010 | By: | /s/ Elana S. Landau |
| 3 |   |   | ELANA S. LANDAU<br>Assistant United States Attorney |
| 4 |   |   | Attorney for Plaintiff |
| 5 |   |   | DANIEL J. BRODERICK<br>Federal Defender |
| 6 |   |   |   |
| 7 | DATED: July 14, 2010 | By: | /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender |
| 8 |   |   | Attorney for Defendant<br>BELKO YOVANOVICH |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 15, 2010**           /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE