1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulane Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BELKO YOVANOVICH

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNIToogle STATES OF AMERICA,     )   No. 1:10-cr-00187 OWW
                                    )
12         Plaintiff,                )   STIPULATION AND ORDER TO CONTINUE
                                    )   STATUS CONFERENCE HEARING
13    v.                            )
                                    )   DATE:  September 27, 2010
14 BELKO YOVANOVICH,                )   TIME:  9:00 A.M.
                                    )   JUDGE: Hon. Oliver W. Wanger
15         Defendant.                )
   _____  )
16

17         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18 counsel that the status conference in the above-captioned matter now set for August 23, 2010, **may be**

19 **continued to September 27, 2010 at 9:00 A.M.**

20         This continuance is at the request of counsel for defendant to allow time for proper preparation

21 and to permit plea negotiations between the parties with the intention of conserving time and resources for

22 both parties and the court. The parties have been in negotiations on a plea agreement and need some

23 additional time to work out some of the details of the proposed agreement.

24         The parties agree that the delay resulting from the continuance shall be excluded in the interests

25 of justice, including but not limited to, the need for the period of time set forth herein for effective defense

26 preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

27 //

28 //

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: August 19, 2010 | By: /s/ Elana S. Landau<br>ELANA S. LANDAU<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 19, 2010 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>BELKO YOVANOVICH |

### **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: August 19, 2010                    /s/ OLIVER W. WANGER
                                          United States District Judge