1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulane Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BELKO YOVANOVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:10-cr-00187 OWW |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE HEARING |
| v. | ) |
| | ) DATE: October 18, 2010 |
| BELKO YOVANOVICH, | ) TIME: 9:00 A.M. |
| | ) JUDGE: Hon. Oliver W. Wanger |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 4, 2010, **may be continued to October 18, 2010 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court. The government has just provided an offer on the case and defense counsel would like some additional time to be able to fully discuss the offer with client.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

//

//

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: September 24, 2010 | By: /s/ Elana S. Landau<br>ELANA S. LANDAU<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: September 24, 2010 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>BELKO YOVANOVICH |

# **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 24, 2010**              /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE

Yovanovich
Stipulation and Order                    2