DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulane Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BELKO YOVANOVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>BELKO YOVANOVICH,<br><br>    *Defendant.* | No. 1:10-cr-00187 OWW<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING<br><br>DATE:  December 6, 2010<br>TIME:   9:00 A.M.<br>JUDGE: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 18, 2010, **may be continued to December 6, 2010 at 9:00 A.M.**

      This continuance is at the request of counsel for defendant to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court. The government has recently provided defense with a proposed plea agreement. Defense counsel would like additional time to consult with the sentencing guidelines and propose a counteroffer. Defense is also requesting the continuance in anticipation of retaining a doctor to evaluate client.

      The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Yovanovich - Stipulation and Order

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 13, 2010 | By: /s/ Elana S. Landau<br>ELANA S. LANDAU<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 13, 2010 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>BELKO YOVANOVICH |

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 13, 2010**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

Yovanovich - Stipulation and Order                2