DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BELKO YOVANOVICH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BELKO YOVANOVICH, <br><br> Defendant. | No. 1:10-cr-00187 OWW <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING <br><br> DATE: January 18, 2011 <br> TIME: 9:00 A.M. <br> JUDGE: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for December 6, 2010, **may be continued to January 18, 2011 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to allow time for proper preparation and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court. Defense counsel has retained a clinical psychologist and needs additional time for the report to be completed. Additionally, defense would like more time in the hopes of reaching a settlement agreement with the government.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: November 30, 2010 | By: /s/ Elana S. Landau<br>ELANA S. LANDAU<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: November 30, 2010 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>BELKO YOVANOVICH |

# **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    November 30, 2010**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

Yovanovich
Stipulation and Order                    2