1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BELKO YOVANOVICH

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 1:10-cr-00187 OWW
                                     )
12              Plaintiff,           )   STIPULATION AND ORDER TO CONTINUE
                                     )   SENTENCING HEARING
13       v.                          )
                                     )   DATE:  May 31, 2011
14  BELKO YOVANOVICH,                )   TIME:  9:00 A.M.
                                     )   JUDGE: Hon. Oliver W. Wanger
15              Defendant.           )
    _____  )
16

17       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel that the status conference in the above-captioned matter now set for May 23, 2011 **may be**

19  **continued to May 31, 2011 at 9:00 A.M.**

20       This continuance is at the request of counsel for defendant because Mr. Yovanovich was

21  transported and admitted to the Fresno Community Hospital.

22                                          BENJAMIN B. WAGNER

23                                          United States Attorney

24  DATED: May 19, 2011          By:   /s/ Elana S. Landau

25                                          ELANA S. LANDAU

26                                          Assistant United States Attorney

27                                          Attorney for Plaintiff

28

Yovanovich
Stipulation and Order

|   |   |   |   |
|---|---|---|---|
|   |   |   | DANIEL J. BRODERICK |
|   |   |   | Federal Defender |
|   | DATED: May 19, 2011 | By: | /s/ Charles J. Lee |
|   |   |   | CHARLES J. LEE |
|   |   |   | Assistant Federal Defender |
|   |   |   | Attorney for Defendant |
|   |   |   | BELKO YOVANOVICH |

**O R D E R** IT IS SO ORDERED.

**Dated:   May 19, 2011**          /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE